

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2019

No. 04-19-00312-CV

Marcel **MARTINEZ,**
Appellant

v.

Jesse **TORRES,** Gold Standard Plumbing, LLC and Edy Jonathan Pech-Guamuch,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17644
The Honorable Aaron Haas, Judge Presiding

# O R D E R

   Mary Beth Sasala's notification of late reporter's record is hereby GRANTED.  Time is extended to August 19, 2019, with no further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court